EVENING LEADER CO. v. BUTLER. (Circuit Court of Appeals, Second Circuit. February 28, 1907.) No. 188. In Error to the Circuit Court of the United States for the District of Connecticut. J. P. Goodhart and W. B. Stoddard, for plaintiff in error. George D. Watrous, Henry H. Townshend,

and Adrian H. Larkin, for defendant in error. Before WALLACE, LACOMBE, and COXE, Circuit Judges.

PER CURIAM. Judgment of Circuit Court affirmed. See 134 Fed. 994.